Cornell University
Office of General Counsel

118 Sage Place
Ithaca, NY 14850
t. 607-255-5124

**VIA ELECTRONIC FILING**

August 11, 2026

Judge Miroslav Lovric
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

Re: Mistry v. Cornell University et al.
3:26-cv-1419-ECC-ML

Dear Judge Lovric:

I have appeared in this matter on behalf of all Defendants.

I write to respectfully request an extension of time until October 5, 2026 for the Defendants to respond to the Plaintiff's Complaint. This action was commenced on July 23, 2026. My office was able to accept service of the Complaint for some of the defendants on July 28, 2026 and thereafter worked to coordinate representations and permissions to accept service for the remaining defendants. My office was able to accept service of the Complaint for other defendants on July 30, 2026 and the final defendant on August 5, 2026. Depending on the service date, different defendants have different dates to respond to the Complaint. For the earliest served defendants, the current deadline to respond to the Complaint is August 18, 2026.

To allow my office sufficient time to retain counsel and coordinate responses to the Complaint, and to align the various deadlines so all Defendants' responses to the Complaint are due on the same day, we are seeking this extension.

We have communicated with Plaintiff's counsel regarding this request, and counsel has consented.

Respectfully,

/s/ Ryan T. Nelson
Ryan T. Nelson
Associate General Counsel

cc (via ECF): Nawal Khalid Ramay, Esq.