UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SHEVAUN KASI MISTRY,

Plaintiff,

v.

CORNELL UNIVERSITY, NEEMA KUDVA, SHEA KYTOMMA, SAMANTHA PENNELL, and LESLIE LOK,

Defendants.

**NOTICE OF MOTION**

Case No.
3:26-cv-01419 (ECC/ML)

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, and all prior pleadings, Defendants Cornell University, Neema Kudva, Shea Kytomma, Samantha Pennell, and Leslie Lok ("Defendants") move before the Honorable Elizabeth C. Coombe, United States District Judge, at a date and time to be determined, at the Federal Building and U.S. Courthouse, Syracuse, N.Y. 13261, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an Order dismissing Plaintiff's Complaint in its entirety because that the Complaint fails to state a claim upon which relief can be granted, together with such other relief as this Court may deem just and proper. Defendants request oral argument on this motion pursuant to N.D.N.Y. Local Rule 7.1 to allow a less-experienced attorney to argue the motion, with any necessary supplementation by lead counsel.

Dated: October 5, 2026

BOND, SCHOENECK & KING, PLLC

By: */s/Suzanne Messer*
Suzanne Messer
Jacqueline Zahn
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8628
Email: smesser@bsk.com
Email: jzahn@bsk.com