UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SHEVAUN KASI MISTRY,

Plaintiff,

v.

CORNELL UNIVERSITY, NEEMA KUDVA, SHEA KYTOMMA, SAMANTHA PENNELL, and LESLIE LOK,

Defendants.

**DEFENDANT CORNELL UNIVERSITY'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT**

Case No. 3:26-cv-01419 (ECC/ML)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Cornell University states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: October 7, 2026

BOND, SCHOENECK & KING, PLLC

By: *__/s/Suzanne Messer__*
Suzanne Messer
Jacqueline Zahn
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8628
Email: smesser@bsk.com
Email: jzahn@bsk.com