**LLG National Law Group**
525 Route 73 North
Suite 104
Marlton, NJ 08053
Nawal Ramay, Attorney
nawal.ramay@llgnational.com

**VIA ELECTRONIC FILING**

October 26, 2026

Hon. Miroslav Lovric
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

Re: Mistry v. Cornell University et al., 3:26-cv-1419-ECC-ML

Dear Judge Lovric:

I represent the Plaintiff in this matter.

I write to respectfully request a fourteen-day extension of Plaintiff's time to respond to Defendants' motion to dismiss (Dkt. No. 8), through and including Monday, November 9, 2026. Under the current schedule, Plaintiff's response is due today, October 26, 2026, and Defendants' reply is due November 2, 2026. This is the first request by either party for an extension of these deadlines; Plaintiff consented to Defendants' one prior request in this action, which extended their time to respond to the Complaint to October 5, 2026 (Dkt. No. 7).

Good cause supports the request. The motion seeks dismissal of the Complaint in its entirety under Rule 12(b)(6) and is directed at each of the thirteen causes of action asserted against the five Defendants, and the additional time is sought to allow Plaintiff to respond fully to the grounds raised and to coordinate the response with Plaintiff, who resides in Toronto, Ontario. Plaintiff acknowledges Local Rule 7.1(j) and respectfully submits that the request could not reasonably have been made three business days earlier because counsel's conferral with Defendants' lead counsel occurred today.

Plaintiff respectfully proposes that the related deadlines be adjusted to preserve the Court's current intervals: Plaintiff's response due Monday, November 9, 2026, and Defendants' reply due Monday, November 30, 2026. No conference or other case-management deadlines are presently scheduled; Plaintiff respectfully requests that any such dates subsequently set be keyed to the adjusted briefing schedule.

I have conferred with Defendants' lead counsel, Suzanne Messer, Esq., of Bond, Schoeneck & King, PLLC, regarding this request, and she has consented.

Respectfully,

/s/ Nawal Khalid Ramay
Nawal Khalid Ramay, Esq.
Attorneys for Plaintiff

cc (via ECF): All counsel of record